**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

KYLER H., and LOJWANNA M
        vs
BOARD OF EDUCATION OF THE CITY OF
CHICAGO, DISTRICT NO. 299

**08 C 1125**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS KYLER H. AND LOJWANNA M.

**JUDGE ST. EVE**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
| --- |
| Michael A. O'Connor |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /S/    Michael A. O'Connor |
| FIRM |
| Mauk & O'Connor, LLP |
| STREET ADDRESS |
| 1427 W. Howard St. |
| CITY/STATE/ZIP |
| Chicago, IL 60626 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2088266 | 773/262-2199 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐