AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KYLER H., A MINOR, AND
LASHWANNA M. individually and
Guardian and Next Friend of KYLER H

CASE NUMBER: **08 C 1125**

V.

ASSIGNED JUDGE:

BOARD OF EDUCATION OF THE
CITY OF CHICAGO, DISTRICT
NO. 299,

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE MASON**

RECEIVED BY
OFFICE OF THE
BOARD OF EDUCATION
FEB 27 A 10:40

TO: (Name and address of Defendant)

BOARD OF EDUCATION OF THE CITY OF CHICAGO, DISTRICT NO. 299
125 South Clark Street, 6th Fl. Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. O'Connor
Mauk & O'Connor, LLP
1427 W. Howard St.
Chicago, IL 60626-1426
773/262-2199

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Hinley*
--------------------------------
**(By) DEPUTY CLERK**



**February 26, 2008**
--------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 27, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael A. O'Connor | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Board of Education of the City of Chicago, 6th floor, 125 South Clark St., Chicago, IL 60603

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Cynthia M. Townsend_

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 27, 2008   _[signature]_
             Date                 Signature of Server

1427 W. Howard St. Chicago IL 60626
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.