U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number: 08 C1125

In the Matter of
Kyler H., a minor and Lojwanna M., as guardian and next friend
v.
Board of Education of the City of Chicago District 299

Judge St. Eve

Magistrate Judge Mason

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
The Board of Education of the City of Chicago, Defendant

| | |
|---|---|
| NAME (Type or print) | |
| James J. Seaberry | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| *s/* James J. Seaberry | |
| FIRM | |
| Board of Education of the City of Chicago | |
| STREET ADDRESS | |
| 125 S. Clark St., 7th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2536234 | (773) 553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | **YES**√　　NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES　　**NO**√ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | **YES**√　　NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | **YES**√　　NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL　　　APPOINTED COUNSEL | |