IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYLER H., a minor, and<br>LOJWANNA M., Individually and as guardian<br>and next friend of KYLER H.,<br>             Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF<br>CHICAGO, DISTRICT 299<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 1125<br><br><br><br><br>Judge St. Eve<br><br><br>Magistrate Judge Mason |

## NOTICE OF FILING

To:   Michael A. O'Connor
      MAUK & O'CONNOR, LLP
      1427 W. Howard St.
      Chicago, IL 60626-1426

**PLEASE TAKE NOTICE** that I have this 6th day of March, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, **Offer of Judgment**, a copy of which is attached hereto and herewith served upon you.

                              Respectfully submitted,

                              PATRICK J. ROCKS
                              General Counsel

By:   s/James J. Seaberry
      James J. Seaberry
      Assistant General Counsel
      Board of Education of the
      City of Chicago - Law Department
      125 South Clark Street, Suite 700
      Chicago, Illinois 60603
      (773) 553-1700

## CERTIFICATE OF SERVICE

I, James J. Seaberry, an attorney do hereby certify that I caused the attached Notice of Filing to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 6th day of March, 2008.

                              s/James J. Seaberry
                              James J. Seaberry