IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYLER H., a minor, and<br>LOJWANNA M., Individually and as guardian<br>and next friend of KYLER H.,<br>                     Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF<br>CHICAGO, DISTRICT 299<br>                     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 1125<br><br><br><br><br>Judge St. Eve<br><br><br>Magistrate Judge Mason |

## NOTICE OF FILING

To:    Michael A. O'Connor
        MAUK & O'CONNOR, LLP
        1427 W. Howard St.
        Chicago, IL 60626-1426

**PLEASE TAKE NOTICE** that I have this 18th day of March, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, **Defendant Board's Answer To Complaint**, a copy of which is attached hereto and herewith served upon you.

                                    Respectfully submitted,

                                    PATRICK J. ROCKS
                                    General Counsel

              By:     <u>s/James J. Seaberry</u>
                      James J. Seaberry
                      Assistant General Counsel
                      Board of Education of the
                      City of Chicago - Law Department
                      125 South Clark Street, Suite 700
                      Chicago, Illinois 60603
                      (773) 553-1700

## CERTIFICATE OF SERVICE

    I, James J. Seaberry, an attorney do hereby certify that I caused the attached **Notice of Filing** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 18th day of March, 2008.

                                    <u>s/James J. Seaberry</u>
                                    James J. Seaberry