IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KYLER H.,** a Minor, and **LOJWANNA M.,** Individually and as Guardian and Next Friend of **KYLER H.,** | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 1125 |
| v. | ) ) | Judge Amy St. Eve |
| **BOARD OF EDUCATION OF THE CITY OF CHICAGO, DISTRICT 299** | ) ) ) ) | |
| Defendant | ) | |

NOTICE OF FILING
PLAINTIFFS' MOTION TO STRIKE DEFENDANT CHICAGO BOARD OF
EDUCATION'S OFFER OF JUDGMENT

To:   James J. Seaberry
      Assistant General Counsel
      Board of Education of the
      City of Chicago
      125 South Clark Street
      Chicago, IL 60603

**Please Take Notice** that I have filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiffs' Motion to Strike Defendant Chicago Board of Education's Offer of Judgment.** A copy of this Motion is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve in room 1241, or before such other judge sitting in her place, on the 7th of April, 2008 at 8:30 a.m. and present said Motion.

DATED at Chicago, Illinois this 24th day of March, 2008.

                                         Respectfully Submitted,

                                         /S/_____
                                         Michael A. O'Connor

Attorney for the Plaintiffs
Mauk & O'Connor, LLP
1427 W. Howard St.
Chicago, IL 60626-1426
773/262-2199

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused the above Notice of Filing to be served upon counsel of record via CP-EF E-Filing pursuant to the General Order on Electronic Case Filing, Section XI(C), on the 24th day of March, 2008.

                                         /S/_____
                                         Michael A. O'Connor