UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kyler H.,, et al.

                              Plaintiff,

v.                                                                    Case No.: 1:08−cv−01125
                                                                Honorable Amy J. St. Eve

Board of Education of City of Chicago District 299

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Plaintiffs have moved to strike Defendant Board of Education of the City of Chicagos Offer of Judgment (R. 9−1) from the docket. Under Federal Rule of Civil Procedure 68, a Defendants offer of judgment should be filed on the docket only if Plaintiff accepts the offer. See Fed. R. Civ. P. 68(a). Here, Defendant filed the offer of judgment at the same time it served the offer on Plaintiffs. Thereafter, Plaintiffs rejected the offer. Defendants offer, however, remains on the docket, causing confusion. To alleviate this confusion and to enforce compliance with Rule 68, the Court grants Plaintiff's motion to strike [15].Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.