**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kyler H.,, et al.
                                            Plaintiff,

v.                                                             Case No.: 1:08−cv−01125
                                                                 Honorable Amy J. St. Eve

Board of Education of City of Chicago District 299
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/7/2008, ( Dispositive cross−motions with supporting memoranda due by 5/16/2008. Responses due by 6/13/2008. Replies due by 6/27/2008., Status hearing set for 8/25/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.