# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **KYLER H.,** a Minor, and | ) | |
| **LOJWANNA M.,** Individually and | ) | |
| as Guardian and Next Friend of **KYLER H.,** | ) | |
| | ) | 08 C 1125 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| **BOARD OF EDUCATION OF THE** | ) | |
| **CITY OF CHICAGO, DISTRICT 299** | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NOW COME KYLER H., a minor, and LOJWANNA M. in her own capacity and as parent and next friend of BENITO M., by and through their attorney, Michael A O'Connor, and move that this Honorable Court, pursuant to FRCP 56, grant summary judgment, in their favor by awarding attorney fees in the amount of $47,286.98 plus additional attorney fees for the prosecution of the instant action, and such other relief as this Court deems just. In support thereof, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, and Plaintiffs' Rule 56(1)(a) Statement of Uncontested Facts.

Respectfully submitted,

May 16, 2008

/S/ Michael A. O'Connor
Michael A O'Connor,
Attorney for Plaintiffs

MAUK & O'CONNOR, LLP
1427 W. Howard St.
Chicago IL 60626-1426
(773)262-2199

## CERTIFICATE OF SERVICE

I, Michael A. O'Connor, an attorney do hereby certify that I caused the attached **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT,** along with Plaintiffs' Statement of Material Facts, attached Exhibits A through J, and Plaintiffs' Memorandum of Law, to be served upon counsel of record via CM-ECF E-Filing pursuant to the General Order on Electronic Case Filing, Section XI(C) on this 16th day of May, 2008.

/S/Michael A. O'Connor
Michael A. O'Connor
Mauk & O'CONNOR, LLP
1427 W, Howard St.
Chicago, IL 60626
773/262-2199