# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **KYLER H.,** a Minor, and **LOJWANNA M.,** Individually and as Guardian and Next Friend of **KYLER H.,** | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 1125 |
| v. | ) ) | Judge Amy St. Eve |
| **BOARD OF EDUCATION OF THE CITY OF CHICAGO, DISTRICT 299** | ) ) ) | |
| Defendant | ) | |

**NOTICE OF FILING RULE 56.1(a)(3) STATEMENT**

To:   James Seaberry
      Law Department
      Board of Education
      125 S. Clark St. Suite 700
      Chicago, IL 60603

PLEASE TAKE NOTICE that I have this 16th day of May, 2008 electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Plaintiffs' Motion for Summary Judgment, Rule 56.1(a)(3) Statement of Material Facts, and supporting Memorandum of Law, copies of which are attached hereto and herewith served upon you.

                                        Respectfully submitted,

May 16, 2008                            /S/ Michael A. O'Connor
                                        Michael A O'Connor,
                                        Attorney for Plaintiffs

MAUK & O'CONNOR, LLP
1427 W. Howard St.
Chicago IL 60626-1426
(773)262-2199

## CERTIFICATE OF SERVICE

      I, Michael A. O'Connor, an attorney do hereby certify that I caused the foregoing **PLAINTIFFS' NOTICE OF FILING, TOGETHER WITH PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, RULE 56.1(a)(3) STATEMENT, AND MEMORANDUM OF LAW,** to be served upon counsel of record via CM-ECF E-Filing pursuant to the General Order on Electronic Case Filing, Section XI(C) on this 16th day of May, 2008.

/S/Michael A. O'Connor
Michael A. O'Connor
Mauk & O'CONNOR, LLP
1427 W, Howard St.
Chicago, IL 60626
773/262-2199