

**CHICAGO PUBLIC SCHOOLS**

Due Process and Mediation • Office of Specialized Services
125 South Clark Street • Chicago, Illinois 60603 • Telephone 773/553-1905 • FAX 773/553-1906

Luis A. Rodriguez, Esq.
Director

July 11, 2007                                            via Facsimile and Regular Mail

Mr. Michael O'Connor
Mauk & O'Connor, LLP
1427 West Howard St.
Chicago, IL 60626

       Re:   Kyler Holman

Dear Mr. O'Connor,

I am writing to propose a potential resolution of the due process hearing request your office represents on behalf of Kyler Holman. The Chicago Public Schools remains interested in resolving Kyler's due process case short of a due process hearing. In an effort to resolve this matter, the District is interested in assessing Kyler in the areas of Health, Vision, Hearing, Social/Emotional Status, General Intelligence, Academic Performance, Communication Status and motor abilities if needed. The District hopes that completion of these evaluations during this summer and convening an IEP meeting to consider Kyler's eligibility in the areas assessed could resolve some or all of your client's issues enumerated in your due process request. Further, the District requests that we postpone a resolution or mediation session until after the IEP is held.

Please review this offer at your earliest convenience and contact me if your client is interested in completing these assessments and convening an eligibility conference. If you have any questions, I may be reached at (773) 553-1911.

Sincerely,

Tracy J. Hamm, Esq.
Due Process & Mediation

Cc:   Luis A. Rodriguez, Director

*Children First*