## MAUK & O'CONNOR, LLP
1427 WEST HOWARD STREET
CHICAGO, ILLINOIS 60626-1426

**MICHAEL A. O'CONNOR**
(773) 262-2199 tel
(773) 338-8397 fax
Mikeoc@earthlink.net

**SARA E. MAUK**
(773) 262-2377 tel
(773) 338-8397 fax
semauk@earthlink.net

**VIA EMAIL**

May 16, 2008

James J. Seaberry
Assistant General Counsel
Board of Education of the
City of Chicago
125 South Clark Street
Chicago, IL 60603

Re: Kyler H., ISBE No. 2007-339

Dear Mr. Seaberry:

As you know, a fee claim for the above case was submitted to the Board on January 3, 2008, and litigation is now pending to enforce that claim. I am now submitting a supplemental fee claim for time expended since January 3, 2008. Additional legal services have been required to ensure compliance with the due process decision and order as well attending an IEP meeting required to implement a portion of the decision. A detailed billing is submitted in support of this supplemental claim.

The initial, supplemental, and total amounts claimed for the respective cases are as follows:

| | |
|---|---|
| Initial claim filed 1/3/2008: | $ 42,242.28 |
| Supplemental claim 5/16/2008 | $  5,044.70 |
| Total fees claimed to date: | $47,286.98 |

If you need any additional information, please contact my office.

Sincerely,

Michael A. O'Connor

Cc: Lojwanna M.

Exhibit C-1

MAUK & O'CONNOR, LLP                          SUPPLEMENTAL FEE PETITION
1427 W. HOWARD
CHICAGO, IL. 60626

Lojwanna M.


In reference to:                             KYLER H,  SPECIAL EDUCATION
                                            OUR FILE NUMBER 07-035-01
                                            ISBE No. 2007-339

## PROFESSIONAL SERVICES;

| Date | | Description | Hours |
|---|---|---|---|
| 2/27/08 | MO'C | PHONE CALL FROM PARENT REGARDING DISRUPTION IN BUS SERVICE TO ACACIA FOLLOWING MOVE TO NEW RESIDENCE | 0.25 |
| 2/28/08 | MO'C | DRAFT LETTER TO CPS COUNSEL RE SERVICE FROM NEW RESIDENCE | 0.25 |
| | MO'C | PHONE CALL FROM DR. STANFORD'S OFFICE REGARDING NEED FOR COMMITMENT FROM CPS FOR PAYMENT FOR IEE | 0.10 |
| | MO'C | PHONE CALL W/CPS COUNSEL RE BUS SERVICE AND OPTION OF ALTERNATIVE PLACEMENT AT HYDE PARK DAY SCHOOL | 0.25 |
| | MO'C | PHONE CALL TO CLIENT TO DISCUSS PLACEMENT OPTIONS | 0.25 |
| 2/29/08 | MO'C | DRAFT LETTER TO CPS COUNSEL RE CLIENT INSTRUCTION ON MAINTAINING PLACEMENT AT ACACIA, AND NEED FOR COMMITMENT OF PAYMENT FOR IEE | 0.25 |
| 3/25/08 | MO'C | PHONE CALL FROM ADMINISTRATIVE ASS'T AT UIC DEP'T OF PSYCHIATRY RE DOCUMENTS, PAYMENT AND OTHER LOGISTICS FOR COMPLETING INDEPENDENT EDUCATIONAL EVALUATION | 0.25 |
| 3/26/08 | MO'C | DRAFT LETTER TO CPS COUNSEL RE TRANSPORTATION FOR CLIENT TO IEE | 0.25 |
| | MO'C | COMPILE DOCUMENTS AND PREPARE COVER LETTER FORWARDING TO DR. LISA STANFORD, Ph.D. RE IEE | 0.50 |

Exhibit C-2

| | | | |
|---|---|---|---|
| 4/16/08 | MO'C | REVIEW IEE REPORT FROM DR. STANFORD | 0.50 |
| 4/17/08 | MO'C | PHONE CALL TO PARENT REGARDING IEE REPORT CONTENTS AND NEXT STEPS RE SCHEDULING IEP MEETING | 0.25 |
| | MO'C | DRAFT LETTER TRANSMITTING IEE REPORT TO CPS COUNSEL; REQUEST IEP MEETING TO REVIEW REPORT | 0.25 |
| 4/22/08 | MO'C | REVIEW INVOICE FROM UIC DEP'T OF PSYCHIATRY; FORWARD TO CPS COUNSEL FOR PAYMENT | 0.25 |
| 4/29/08 | MO'C | PHONE CALL W/CPS COUNSEL RE SCHEDULING IEP MEETING | 0.25 |
| | | PHONE CALL TO PARENT RE IEP MEETING; DISCUSS CONCERNS ABOUT APPARENT REQUEST FOR ADDITIONAL EVALUATIONS | |
| | MO'C | PHONE CALL TO KATHY FOUKS AT ACACIA RE IEP MEETING; STATUS OF OT EVALUATION; CONCERNS ABOUT ADDITIONAL EVALUATIONS BY CPS | 0.30 |
| 4/30/08 | MO'C | DRAFT LETTER TO CPS COUNSEL CONFIRMING DATE FOR IEP MEETING ON 5/14/08, ALSO REVOKE PARENT CONSENT FOR FURTHER EVALUATIONS | 0.25 |
| 5/5/08 | MO'C | REVIEW CPS AT REPORT RECEIVED FROM ACACIA ACADEMY | 0.25 |
| 5/6/08 | MO'C | PHONE CALL W/CPS COUNSEL RE CPS AT REPORT; SEEK TO CLARIFY WHO REQUESTED, WHEN REQUESTED; ALSO NOTE CPS AT REPORT DOES NOT COMPLY WITH DUE PROCESS DECISION | 0.25 |
| 5/9/08 | MO'C | DRAFT LETTER TO CPS COUNSEL REQUESTING NAMES OF PARTICIPANTS AT IEP MEETING ON 5/14/08; ALSO CONFIRM DISCUSSION RE CPS AT REPORT | 0.25 |
| 5/12/08 | MO'C | PHONE CALL TO KATHY FOUKS AT ACACIA ACADEMY RE ISSUES FOR IEP MEETING; STATUS OF OT REPORT | 0.25 |
| | MO'C | REVIEW INDEPENDENT OCCUPATIONAL THERAPIST REPORT | 0.25 |
| | MO'C | PHONE CALL TO KRISTINE YUNG, RE OT REPORT; REVIEW FINDINGS AND RECOMMENDATIONS FOR OT SERVICES | 0.40 |
| | MO'C | DRAFT LETTER TRANSMITTING OT REPORT TO CPS COUNSEL | 0.25 |

Exhibit C-3

| | | | |
|---|---|---|---|
| 5/13/08 | MO'C | PHONE CALL TO PARENT REGARDING ISSUES/OPTIONS FOR IEP MEETING | 0.50 |
| | MO'C | PHONE CALL FROM CPS COUNSEL RE DELAY IN OT COMPONENT OF IEP MEETING; CPS NEEDS MORE TIME TO BRING A CPS OT TO THE MEETING; SET SECOND IEP MEETING FOR MAY 24TH | 0.10 |
| | MO'C | DRAFT EMAIL TO ACACIA OT AND KATHY FOUKS RE BIFURCATING THE IEP MEETING | 0.10 |
| | MO'C | REVIEW FILE AND PREPARE FOR IEP MEETING | 0.30 |
| 5/14/08 | MO'C | TRAVEL FROM OFFICE TO ACACIA ACADEMY FOR IEP MEETING | 1.00 |
| | MO'C | ATTEND IEP MEETING AT ACACIA ACADEMY | 3.00 |
| | MO'C | CONFER WITH CLIENT REGARDING POSSIBLE DISSENT TO IEP | 0.25 |
| | MO'C | TRAVEL FROM ACACIA ACADEMY TO OFFICE | 1.25 |
| | MO'C | REVIEW IEP AND DRAFT DISSENT AND COVER LETTER TRANSMITTING TO CPS COUNSEL | 0.50 |
| 5/15/08 | MO'C | DRAFT SUPPLEMENTAL FEE PETITION & FEE DEMAND LETTER | 0.75 |
| 5/16/08 | MO'C | REVISIONS TO SUPPLEMENTAL FEE PETITION & FEE DEMAND LETTER | 0.25 |

Michael O'Connor's time:  14.30 hours @ $350/hr          =     $ 5,005.00

**TOTAL FOR PROFESSIONAL SERVICES RENDERED          $ 5,005.00**

KYLER H. SUPPLEMENTAL/FEE PETITION
5/16/2008
Page 4 of 4

## ADDITIONAL COST AND CHARGES

| | |
|---|---|
| PHOTOCOPY/FAX EXPENSE – IN OFFICE | $ 17.45 |
| POSTAGE/FEDERAL EXPRESS | $ 22.25 |

**TOTAL COST AND CHARGES**                                              **$ 39.70**

**TOTAL AMOUNT OF THIS BILL:**                                          **$ 5,044.70**

**AMOUNT DUE FROM BILL SUBMITTED 1/3/2008**                             **$42,242.28**

                    **TOTAL AMOUNT DUE**                                **$47,286.98**

Exhibit C-5