IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KYLER H.,** a Minor, and | ) | |
| **LOJWANNA M.,** Individually and | ) | |
| as Guardian and Next Friend of **KYLER H.,** | ) | |
| | ) | 08 C 1125 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| **BOARD OF EDUCATION OF THE** | ) | |
| **CITY OF CHICAGO, DISTRICT 299** | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF FILING
PLAINTIFFS' MOTION TO STRIKE A PORTION OF DEFENDANT CHICAGO BOARD OF EDUCATION'S RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS; PLAINTIFFS' LOCAL RULE 56.1(b)(3) RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS, AND PLAINTIFFS' MEMO OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

To:   James J. Seaberry
      Assistant General Counsel
      Board of Education of the
      City of Chicago
      125 South Clark Street
      Chicago, IL 60603

   **Please Take Notice** that I have filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiffs' Motion to Strike a Portion of Defendant Chicago Board of Education's Rule 56.1(a)(3) Statement of Material Facts, Plaintiffs' Local Rule 56.1(b)(3) Response to Defendant's Statement of Material Facts, and Plaintiffs' Memo of Law in Opposition to Defendant's Motion for Summary Judgment.** A copy of this Motion is attached hereto and herewith served upon you.

DATED at Chicago, Illinois this 13th day of June, 2008.

                                        Respectfully Submitted,


                                        /S/Michael A. O'Connor
                                        Michael A. O'Connor

Attorney for the Plaintiffs
Mauk & O'Connor, LLP
1427 W. Howard St.
Chicago, IL 60626-1426
773/262-2199


## CERTIFICATE OF SERVICE

      I hereby certify that I have caused the above Notice of Filing, together with Plaintiffs' Motion to Strike a Portion of Defendant Chicago Board of Education's Statement of Material Facts, Plaintiffs' Response to Defendant's Statement of Material Facts, and Plaintiffs' Memo of Law in Opposition to Defendant's Motion for Summary Judgment, to be served upon counsel of record via CP-EF E-Filing pursuant to the General Order on Electronic Case Filing, Section XI(C), on the 13th day of June, 2008.


                                        /S/Michael A. O'Connor
                                        Michael A. O'Connor