UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLER H., a Minor, and ) <br> LOJWANNA M., Individually and ) <br> as Guardian and Next Friend of KYLER H., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF EDUCATION OF THE ) <br> CITY OF CHICAGO, DISTRICT 299 ) <br> ) <br> Defendants. ) <br> ) | Case No. 08 C 1125 <br><br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

### DEFENDANTS MOTION FOR AN ENLARGEMENT OF TIME

Defendant, Board, by Assistant General Counsel, James J. Seaberry and moves this court for an enlargement of time to reply to Plaintiff's response to Defendant's Motion for Summary Judgment and respond to Plaintiff's Motion to Strike, stating:

1. Defendant's attorney, James J. Seaberry was on trial before Judge Pallmeyer from June 9th to June 16, 2008 and is engaged in post-trial proceedings on the same case.

2. Attorney James J. Seaberry has some family matters to attend to that will require being away from the office from July 3rd through July 7, 2008.

3. Due to the above matters, Defendant will be unable to properly reply and respond in the time previously ordered by this court.

4. Plaintiff has no objection to Defendant's motion, and this motion is not being brought to inconvenience Plaintiff or this Court. Defendant prays for an

enlargement of time until July 11, 2008, by agreement of the parties, and for such further relief as this court deem just.

**WHEREFORE,** Defendant respectfully prays that this court grant an enlargement of time until July 11, 2008, to reply to Plaintiff's response to Defendant's Motion for Summary Judgment and respond to Plaintiff's Motion to Strike, and for such further relief as this court deem just.

                                      Respectfully submitted

                                      PATRICK J. ROCKS
                                      General Counsel

By:    __s/James J. Seaberry__
            James J. Seaberry (for Board)
            Assistant General Counsel
            BOARD OF EDUCATION – LAW DEPARTMENT
            125 South Clark Street, Suite 700
            Chicago, IL  60603
            (773) 553-1700