UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYLER H., a minor, and<br>LOJWANNA M., Individually and as guardian<br>and next friend of KYLER H.,<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br><br>BOARD OF EDUCATION OF THE CITY OF<br>CHICAGO, DISTRICT 299<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 1125<br><br><br><br><br><br>Judge St. Eve<br><br><br>Magistrate Judge Mason |

NOTICE OF MOTION

To:   Michael A. O'Connor
       MAUK & O'CONNOR, LLP
       1427 W. Howard St.
       Chicago, IL 60626-1426

   **PLEASE TAKE NOTICE** that on **Thursday, June 26, 2008**, at **8:30 a.m.**, Defendant Board of Education, shall appear before the **Honorable Judge Amy St. Eve,** in **Courtroom 1241**, or before such other Judge sitting in her place and stead, and then and there present the attached **Defendants Motion for Enlargement of Time,** a copy of which is attached hereto and herewith served upon you.

CERTIFICATE OF SERVICE

   I, James J. Seaberry, hereby certify that I have caused a true and accurate copy of the above and foregoing **Notice of Motion**, to be served upon Michael A. O'Connor, MAUK & O'CONNOR, LLP, 1427 W. Howard St., Chicago, IL 60626-1426 *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C),

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　Patrick J. Rocks
　　　　　　　　　　General Counsel

　　　　　By:　s/James J. Seaberry
　　　　　　　　　　James J. Seaberry (for the Board)
　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　Board of Education – Law Department
　　　　　　　　　　125 South Clark Street, Suite 700
　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　(773) 553-1700