**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kyler H.,, et al.

                      Plaintiff,

v.                                           Case No.: 1:08−cv−01125
                                                         Honorable Amy J. St. Eve

Board of Education of City of Chicago District 299

                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion for enlargement of time [35] is granted. Defendant's reply to its summary judgment motion [22] and response to plaintiffs' motion to strike [31] to be filed by 7/11/08. No appearance is required on the noticed date of 6/26/08.Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.