# United States District Court

## Northern District of Illinois

### Eastern Division

H., et al.                                           **JUDGMENT IN A CIVIL CASE**

        v.                                   Case Number: 08 C 1125

Board of Education of City of Chicago
District 299

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for summary judgment [22] is granted and Plaintiffs' motion for summary judgment [25] is denied. In its discretion, the Court awards attorney's fees in the amount of $40,348.23 pursuant to 20 U.S.C. § 1415(i)(3). Plaintiffs' motions to strike Defendant's Local Rule 56.1 statements are denied as moot.

                                                Michael W. Dobbins, Clerk of Court

Date: 7/15/2008                                      _____
                                                      /s/ Katie Franc, Deputy Clerk